**Local Rule 1007-2(b)(1) and (2))**

20. The Debtor estimates monthly payroll to employees including officers and directors for the thirty (30) day period following the Chapter 11 petition is $0.00.

21. The Debtor estimates monthly payroll and payments to owners for the thirty (30) day period following the Chapter 11 petition is $0.00.

**Local Rule 1007-2(b)(3)**

22. The estimated schedule of cash receipts and disbursements for the thirty (30) day period following the filing of the Chapter 11 petition, net cash gain or loss, obligations and receivables expected to accrue but remaining unpaid, other than professional fees is annexed as **Schedule II.**

## INFORMATION ROUIRED BY BANKRUPTCY CODE § 1116(1)(A)

23. The Debtor's most recent balance sheet is annexed hereto as **Schedule III.**

24. The Debtor's most recent profit and loss statement is annexed hereto as **Schedule IV.**

25. The Debtor's most recent tax return is annexed hereto as **Schedule V.**

## CONCLUSION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York

July 16, 2018

_____
Carolyn Bovell for
109 West 141 Street Corporation